UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Switchback Group, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:14-cv-1022 |
| | ) | |
| vs. | ) | Judge John R. Adams |
| | ) | |
| John Zweigle, dba Design Services, | ) | **MOTION TO DISMISS FOR** |
| | ) | **LACK OF JURISDICTION** |
| Defendant. | ) | **OVER THE PERSON** |

Defendant John Zweigle, dba Design Services ("Defendant") moves to dismiss Plaintiff Switchback Group, Inc.'s First Amended Complaint ("Complaint") pursuant to Fed.R.Civ.P. 12(b)(2) for lack jurisdiction over a person. In particular, as Plaintiffs' Complaint demonstrates that Zweigle lacks sufficient minimum contacts with the State of Ohio, Plaintiff's Complaint must be dismissed.

The Motion to Dismiss Plaintiff's Complaint will be made on this Motion as well as the Memorandum of Points and Authorities, Declaration of John Zweigle and Request for Judicial Notice filed herewith and the pleadings and papers on file herein, and on such oral and documentary evidence, argument, and authorities as may be presented in reply and at the hearing in this matter.

Dated: December 24, 2014          McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By:    S/ Douglas M. Beard
Douglas M. Beard, #0073759
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, OH 45202
Telephone: (513) 762-7520
Facsimile: (513) 762-7521
douglas.beard@mccormickbarstow.com
Attorney for Defendant John Zweigle, dba Design Services

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Motion to Dismiss was served via the Court's electronic filing system upon the following on this 24th day of December, 2014.

David T. Movius
Matthew J. Cavanagh
McDonald Hopkins, LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
dmovius@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

                 S/ Douglas M. Beard
                    Douglas M. Beard

3186794.1