UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Switchback Group, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:14-cv-1022 |
| | ) | |
| vs. | ) | Judge John R. Adams |
| | ) | |
| John Zweigle, dba Design Services, | ) | **REQUEST FOR JUDICIAL** |
| | ) | **NOTICE IN SUPPORT OF** |
| Defendant. | ) | **MOTION TO DISMISS FOR** |
| | ) | **LACK OF JURISDICTION** |
| | ) | **OVER THE PERSON** |

Defendant, John Zweigle, dba Design Services ("Defendant"), hereby requests the Court take judicial notice pursuant to Federal Rules of Evidence, Rule 201, of the following in support of its Motion to Dismiss Plaintiffs' Amended Complaint:

1. Complaint (Doc. No. 1), filed on May 9, 2014, a copy of which is attached hereto as Exhibit "A."

**I. ARGUMENT**

Rule 201 of the Federal Rules of Evidence provides for judicial notice of adjudicative facts. Judicial notice may be discretionary, whether requested or not. Judicial notice is mandatory if requested by a party where the court is supplied with the necessary information. Judicial notice is appropriate where the facts are capable of immediate and accurate determination by resort to easily accessible sources of indisputable accuracy. Fed.R.Evid. 201(b)(2). This Court is respectfully requested to judicially notice the above-referenced documents.

Dated: December 24, 2014          McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By:   S/ Douglas M. Beard
Douglas M. Beard, #0073759
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, OH 45202
Telephone: (513) 762-7520
Facsimile: (513) 762-7521
*douglas.beard@mccormickbarstow.com*
Attorney for Defendant John Zweigle, dba Design Services

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Request for Judicial Notice was served via the Court's electronic filing system upon the following on this 24th day of December, 2014.

    David T. Movius
    Matthew J. Cavanagh
    McDonald Hopkins, LLC
    600 Superior Avenue, East, Ste. 2100
    Cleveland, Ohio 44114
    dmovius@mcdonaldhopkins.com
    mcavanagh@mcdonaldhopkins.com

                                                  S/ Douglas M. Beard
                                                  Douglas M. Beard

3186795.1