# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **SWITCHBACK GROUP, INC.,** | ) | **JUDGE JOHN R. ADAMS** |
| | ) | |
| **Plaintiff,** | ) | **CASE NO. 5:14CV01022** |
| | ) | |
| vs. | ) | |
| | ) | |
| **JOHN ZWEIGLE, dba DESIGN SERVICES,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

The Court will conduct a status conference on **March 24, 2016 at 10:00 a.m.** Counsel and parties must attend and be prepared to discuss settlement. If a party is a corporation or other legal entity, a person with full settlement authority must be present.

IT IS SO ORDERED.

<u>February 22, 2016</u>                      */s/ John R. Adams*
Date                                      Judge John R. Adams
                                             United States District Court