UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SWITCHBACK GROUP, INC.,  ) | |
| ) | No. 5:14-CV-1022 |
| *Plaintiff,*  ) | |
| ) | Judge John R. Adams |
| *v.*  ) | |
| ) | |
| JOHN ZWEIGLE, dba DESIGN  ) | |
| SERVICES,  ) | **ORDER** |
| ) | |
| *Defendant.*  ) | |
| ) | |

On March 22, 2016, the parties notified the Court through electronic mail that they have reached a settlement agreement on all claims.  Therefore, the docket will now be marked "settled and dismissed without prejudice."  The parties may submit within forty-five (45) days of this order a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary.  If approved, the proposed entry shall supplement this order.  This Court retains jurisdiction over the settlement.

IT IS SO ORDERED.

Dated: March 23, 2016          ____/s/ Judge John R. Adams_____
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT COURT